## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| April Gilbertson, | Case No. 25-CV-00471 (JMB/SGE) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| Equifax Information Services LLC; Experian Information Solutions, Inc.; Trans Union LLC; Community Loan Servicing, LLC; | |
| Defendants. | |

This matter is before the Court on Plaintiff April Gilbertson's and Defendant Community Loan Servicing, LLC's Joint Stipulation for Dismissal. (Doc. No. 26.) Plaintiff wishes to dismiss the Complaint against Community Loan Servicing, LLC, (Doc. No. 1) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Therefore, IT IS HEREBY ORDERED that the Complaint against Community Loan Servicing, LLC, is DISMISSED WITH PREJUDICE, and each party shall bear their own costs and attorneys' fees.

Dated: March 26, 2025

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court